**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 2:23-cv-14122-DMM**

INDIANTOWN MARINE CENTER,
LLC, *et al.*,

       Plaintiff,

v.

FLORIDA EAST COAST RAILWAY,
LLC, *et al.*

       Defendants.

_____

**RULE 26(a) INITIAL DISCLOSURES OF DEFENDANT,**
**FLORIDA EAST COAST RAILWAY, LLC**

Defendant Florida East Coast Railway, LLC ("FECR"), through undersigned counsel, makes the following initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A).

FECR makes these initial disclosures based upon the information reasonably known and available to FECR as of the date of service of these initial disclosures and based on the current state of the pleadings. FECR expressly reserves the right to supplement or modify these initial disclosures as this action progresses.

**RULE 26(a)(1) DISCLOSURES**

**Rule 26(a)(1)(A)(i) Disclosure:  The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

The following individuals are likely to have discoverable information that FECR may use to support its defenses:

| Name and Contact Information | Subject of Information |
| --- | --- |
| Robert Ledoux, Senior Vice President, General Counsel<br>Florida East Coast Railway, LLC<br>c/o Michael R. Freed, Esq.<br>Gunster Yoakley & Stewart P.A.<br>1 Independent Drive, Suite 2300<br>Jacksonville, FL 32202<br>904-350-7167 | Mr. Ledoux is likely to have knowledge regarding FECR's relationship and interactions with All Aboard Florida – Operations, LLC and the United States Coast Guard with regard to the St. Lucie River Bridge as well as regarding FECR's defenses in this action. Some or all of this information may be privileged under applicable law. |
| Daniel Briggs, Bridge Engineer,<br>Florida East Coast Railway, LLC<br>c/o Michael R. Freed, Esq.<br>Gunster Yoakley & Stewart P.A.<br>1 Independent Drive, Suite 2300<br>Jacksonville, FL 32202<br>904-350-7167 | Mr. Briggs is likely to have general knowledge regarding the St. Lucie River Bridge. |
| Corporate representative of Indiantown Marine Center, LLC<br>c/o Gary N. Mansfield, Esq.<br>Mansfield, Bronstein & Stone, LLP<br>500 East Broward Blvd., Suite 1400<br>Fort Lauderdale, FL 33394<br>954-601-5600 | Indiantown Marine Center, LLC is likely to have knowledge regarding the basis and nature of Plaintiffs' claims in this action. |
| Corporate representative of Marinemax, Inc.<br>c/o Gary N. Mansfield, Esq.<br>Mansfield, Bronstein & Stone, LLP<br>500 East Broward Blvd., Suite 1400<br>Fort Lauderdale, FL 33394<br>954-601-5600 | Marinemax, Inc. is likely to have knowledge regarding the basis and nature of Plaintiffs' claims in this action. |

| Name and Contact Information | Subject of Information |
|---|---|
| Corporate representative of Mobro Marine, Inc.<br>c/o Gary N. Mansfield, Esq.<br>Mansfield, Bronstein & Stone, LLP<br>500 East Broward Blvd., Suite 1400<br>Fort Lauderdale, FL 33394<br>954-601-5600 | Mobro Marine, Inc. is likely to have knowledge regarding the basis and nature of Plaintiffs' claims in this action. |
| Corporate representative of Beyel Brothers, Inc.<br>c/o Gary N. Mansfield, Esq.<br>Mansfield, Bronstein & Stone, LLP<br>500 East Broward Blvd., Suite 1400<br>Fort Lauderdale, FL 33394<br>954-601-5600 | Beyel Brothers, Inc. is likely to have knowledge regarding the basis and nature of Plaintiffs' claims in this action. |
| Corporate representative of McCulley Marine Services, Inc.<br>c/o Gary N. Mansfield, Esq.<br>Mansfield, Bronstein & Stone, LLP<br>500 East Broward Blvd., Suite 1400<br>Fort Lauderdale, FL 33394<br>954-601-5600 | McCulley Marine Services, Inc. is likely to have knowledge regarding the basis and nature of Plaintiffs' claims in this action. |
| Corporate representative of Ferreira Construction Co., Inc.<br>c/o Gary N. Mansfield, Esq.<br>Mansfield, Bronstein & Stone, LLP<br>500 East Broward Blvd., Suite 1400<br>Fort Lauderdale, FL 33394<br>954-601-5600 | Ferreira Construction Co., Inc. is likely to have knowledge regarding the basis and nature of Plaintiffs' claims in this action. |
| Corporate representative of DL Milling Family, LLC<br>c/o Gary N. Mansfield, Esq.<br>Mansfield, Bronstein & Stone, LLP<br>500 East Broward Blvd., Suite 1400<br>Fort Lauderdale, FL 33394<br>954-601-5600 | DL Milling Family, LLC is likely to have knowledge regarding the basis and nature of Plaintiffs' claims in this action. |
| Corporate representative of Atlantic & Gulf Dredging & Marine, LLC.<br>c/o Gary N. Mansfield, Esq.<br>Mansfield, Bronstein & Stone, LLP<br>500 East Broward Blvd., Suite 1400<br>Fort Lauderdale, FL 33394<br>954-601-5600 | Atlantic & Gulf Dredging & Marine, LLC is likely to have knowledge regarding the basis and nature of Plaintiffs' claims in this action. |

3

| Name and Contact Information | Subject of Information |
| --- | --- |
| Corporate representative of Willis Custom Yachts, LLC<br>c/o Gary N. Mansfield, Esq.<br>Mansfield, Bronstein & Stone, LLP<br>500 East Broward Blvd., Suite 1400<br>Fort Lauderdale, FL 33394<br>954-601-5600 | Willis Custom Yachts, LLC is likely to have knowledge regarding the basis and nature of Plaintiffs' claims in this action. |
| Corporate representative of AC Meridian Marina, LLC<br>c/o Gary N. Mansfield, Esq.<br>Mansfield, Bronstein & Stone, LLP<br>500 East Broward Blvd., Suite 1400<br>Fort Lauderdale, FL 33394<br>954-601-5600 | AC Meridian Marina, LLC is likely to have knowledge regarding the basis and nature of Plaintiffs' claims in this action. |
| Corporate representative of Indico Properties, Inc. d/b/a Indiantown Marina<br>c/o Gary N. Mansfield, Esq.<br>Mansfield, Bronstein & Stone, LLP<br>500 East Broward Blvd., Suite 1400<br>Fort Lauderdale, FL 33394<br>954-601-5600 | Indico Properties, Inc. d/b/a Indiantown Marina is likely to have knowledge regarding the basis and nature of Plaintiffs' claims in this action. |
| Corporate representative of HMY Yacht Sales, Inc.<br>c/o Gary N. Mansfield, Esq.<br>Mansfield, Bronstein & Stone, LLP<br>500 East Broward Blvd., Suite 1400<br>Fort Lauderdale, FL 33394<br>954-601-5600 | HMY Yacht Sales, Inc. is likely to have knowledge regarding the basis and nature of Plaintiffs' claims in this action. |
| Corporate representative of Simply Yachts, LLC<br>c/o Gary N. Mansfield, Esq.<br>Mansfield, Bronstein & Stone, LLP<br>500 East Broward Blvd., Suite 1400<br>Fort Lauderdale, FL 33394<br>954-601-5600 | Simply Yachts, LLC is likely to have knowledge regarding the basis and nature of Plaintiffs' claims in this action. |
| Any person or entity identified by other parties, including party Plaintiffs added after the date of Plaintiffs' initial Complaint, and persons or entities identified in discovery. | To be determined. |

4

**Rule 26(a)(1)(A)(ii) Disclosure:** **A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

Unless otherwise noted, the documents described below are located in Jacksonville, Florida at the corporate headquarters of FECR.

FECR specifically identifies the following documents that it may use to support its defenses in this action:

- Correspondence between FECR and All Aboard Florida – Operations, LLC regarding passenger rail use of the St. Lucie River Bridge (the "Bridge");

- Correspondence between FECR and the United States Coast Guard relating to the Bridge and/or the Coast Guard's Notices of Inquiry;

- June 13, 2014 Second Amended and Restated Grant of Passenger Service Easement between FECR and All Aboard Florida – Operations, LLC and other agreements and easements to which those entities are parties;

- Documents relating to improvements and upgrades made by All Aboard Florida – Operations, LLC to the relevant FECR corridor;

- Maps of the geographic areas surrounding the Bridge;

- Federal Railroad Administration Final Environmental Impact Statements and Navigation Discipline Reports relating to the impact of passenger rail service on navigation;

- Documents relating to the Water Analysis and Management System review conducted for the area including the Bridge in 2018;

- Other documents and correspondence relating to the operation of the Bridge and the surrounding track.

**Rule 26(a)(1)(A)(iii) Disclosure:  A computation of any category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

Not applicable.

**Rule 26(a)(1)(A)(iv) Disclosure:  For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

None. FECR further states that Plaintiffs' Complaint seeks solely declaratory relief as to FECR.

FECR's investigation of the matters raised in this action is ongoing. FECR anticipates the discovery of materials within the scope of Rule 26(a)(1)(A) and reserves the right to supplement these answers in accordance with Rule 26(e), Federal Rules of Civil Procedure, and the Local Rules of the Southern District of Florida.

GUNSTER, YOAKLEY & STEWART, P.A.

*/s/ Michael R. Freed*
Michael R. Freed, Esq.
Florida Bar No. 69205
Email:  mfreed@gunster.com
Secondary Email:  krubin@gunster.com
1 Independent Drive, Suite 2300
Jacksonville, FL 32202
Telephone:  904-350-7167
Facsimile:  904-354-2170
*Counsel for Defendant Florida East Coast Railway, LLC*

6

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 22nd day of May, 2023 I electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via CM/ECF.

GUNSTER, YOAKLEY & STEWART, P.A.

*/s/ Michael R. Freed*
Michael R. Freed, Esq.

ACTIVE:17121048.1