UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:23-cv-14122

INDIANTOWN MARINE CENTER,
LLC, *et al.*,

    Plaintiff,

v.

FLORIDA EAST COAST RAILWAY,
LLC, *et al.*

    Defendants.

_____/

**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

Plaintiffs, **INDIANTOWN MARINE CENTER, LLC, MARINEMAX, INC., MOBRO MARINE, INC., BEYEL BROTHERS, INC., MCCULLEY MARINE SERVICES, INC., FERREIRA CONSTRUCTION CO., INC., DL MILLING FAMILY, LLC, ATLANTIC & GULF DREDGING & MARINE, LLC, WILLIS CUSTOM YACHTS, LLC, AC MERIDIAN MARINA, LLC, INDICO PROPERTIES, INC. D/B/A INDIANTOWN MARINA, HMY YACHT SALES, INC., SIMPLY YACHTS, LLC, P AND L TOWING AND TRANSPORTATION, INC., STUART YARD, LLC, RED2GREEN MARINE, LLC, GRAND BANKS YACHT SERVICES, LLC D/B/A GB MARINE GROUP; MARINE INDUSTRIED ASSOCIATION OF THE TREASURE COAST, INC., THE SOUTHWEST FLORIDA MARINE INDUSTRIES ASSOCIATION, INC. D/B/A THE MARINE INDUSTRIES ASSOCIATION OF SOUTHWEST FLORIDA & TAMPA BAY, SPENCER CHRISTOPHER MARITIME HOLDINGS D/B/A SPENCER CHRISTOPHER YACHT MANAGEMENT** (collectively, "Plaintiffs"), and Defendants, **UNITED STATES COAST GUARD** (the Coast Guard") and **ARMY CORPS OF ENGINEERS** ("Core of

*Case No.* **2:23-cv-14122**
*Joint Stipulation for Dismissal without Prejudice*

Engineers"), and Intervenor, **ALL ABOARD FLORIDA-OPERATIONS LLC N/K/A BRIGHTLINE TRAINS FLORIDA, LLC** ("Brightline") (Plaintiffs, Core of Engineers, the Coast Guard, and Brightline will be collectively referred to herein as the "Parties"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby jointly stipulate to dismiss the above-styled action, *without prejudice*, with each party to bear its own attorneys' fees and costs.

Defendant, **Florida East Coast Railway, LLC** (the "FEC"), has not consented to this joint stipulation. Plaintiffs will unilaterally dismiss the complaint against FEC separately.

RESPECTFULLY SUBMITTED this 21st day of June, 2023.

*/s/ Gary N. Mansfield*
Gary N. Mansfield, Esq.
FBN: 61913
David Stone, Esq.
FBN: 400432
Ariane Wolinsky, Esq.
FBN: 51719
**MANSFIELD BRONSTEIN & STONE, LLP**
500 East Broward Blvd, Suite 1450
Fort Lauderdale, FL 33394
litigation@mblawpa.com
*Attorneys for Plaintiffs*

*Case No.* **2:23-cv-14122**
*Joint Stipulation for Dismissal without Prejudice*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 21, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Gary N. Mansfield*
Gary N. Mansfield, Esq.