UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:23-cv-14122

INDIANTOWN MARINE CENTER,
LLC, *et al.*,

    Plaintiff,

v.

FLORIDA EAST COAST RAILWAY,
LLC, *et al.*

    Defendants.

_____/

**ORDER ON VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

THIS CAUSE having come before the Court on a Voluntary Dismissal without Prejudice filed by Plaintiffs, it is hereby

ORDERED AND ADJUDGED

This action against Defendant, **Florida East Coast Railway, LLC** (the "FEC"), is hereby dismissed without prejudice.

SO ORDERED, this \_\_\_\_ day of June, 2023.

 

_____
DONALD M. MIDDLEBROOKS
United States District Judge