**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 23-14122-CV-MIDDLEBROOKS

INDIANTOWN MARINE CENTER,
LLC, et al.,

    Plaintiffs,

v.

FLORIDA EAST COAST RAILWAY, LLC, et al.,

    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on the Parties' Joint Stipulation for Dismissal Without Prejudice as to all claims against all Defendants, except for Defendant Florida East Coast Railway, LLC ("FEC") (DE 29); and Plaintiffs' Notice of Voluntary Dismissal without Prejudice as to all claims against FEC; both filed June 21, 2023. (DE 29; DE 30).

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have served neither.

The Parties' purport to stipulate to dismissal of this action (except for FEC) under Fed. R. Civ. P. 41(a)(1)(A)(ii), but stipulation of dismissals must be "signed by all parties who have appeared." The Parties' Joint Stipulation of Dismissal is signed only by Plaintiffs' counsel. (*See* DE 29 at 2). Given that no Defendant has served an Answer or Motion for Summary Judgment, I will construe the joint stipulation as a notice of voluntary dismissal.

Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court shall **CLOSE THIS CASE.** All pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers, at West Palm Beach, Florida, this 26 day of June, 2023.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record